**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| Plaintiff, | § § § | |
| vs. | § § | Case No. 2:14-cv-0629 |
| PASSIONS NETWORK, INC., | § § | JURY DEMAND |
| Defendant. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Motion for Dismissal With Prejudice of all claims asserted between plaintiff, Emmanuel C. Gonzalez, and defendant, Passions Network, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff, Emmanuel C. Gonzalez, and defendant, Passions Network, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**" and having an effective date of May 29, 2014.  This Court shall retain jurisdiction to enforce the terms of the parties' Settlement and License Agreement.

It is further ORDERED that all attorneys' fees and costs are to be borne by the Party that incurred them.